

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2021

No. 04-21-00046-CV

**IN RE** Brad **LARSEN**, Rent Werx LLC D/B/A Larsen Properties and Leah Larsen, Relators

Original Mandamus Proceeding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
              Irene Rios, Justice
              Lori I. Valenzuela, Justice

Relators have filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than March 11, 2021.** Any such response must conform to Texas Rule of Appellate Procedure 52.4. Relators' motion for temporary stay is granted pending final disposition of this proceeding.

It is so **ORDERED** on February 24, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court